No. 249, October Term, 1966. WALKER ET AL. *v.* CITY OF BIRMINGHAM, 388 U. S. 307. Motions of American Jewish Congress and American Federation of Labor & Congress of Industrial Organizations for leave to file briefs, as *amici curiae,* in support of petition granted. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions and petition. *Joseph B. Robison* for American Jewish Congress; *J. M. Breckenridge* and *Earl McBee* for respondent in opposition. *J. Albert Woll, Laurence Gold* and *Thomas E. Harris* for American Federation of Labor & Congress of Industrial Organizations.

OCTOBER 16, 1967.

No. 69. VOLKSWAGENWERK AKTIENGESELLSCHAFT *v.* FEDERAL MARITIME COMMISSION ET AL. C. A. D. C. Cir. (Certiorari granted, 388 U. S. 909.) Joint motion to remove case from summary calendar granted and a total of one and one-half hours allotted for oral argument. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Walter Herzfeld* for petitioner. *Robert N. Katz* for Federal Maritime Commission, *Acting Solicitor General Spritzer* for the United States, *R. Frederic Fisher* for Pacific Maritime Commission, and *Owen Jameson* for Marine Terminals Corp., respondents.

No. 577, Misc. JONES *v.* REAGAN, GOVERNOR OF CALIFORNIA, ET AL.;

No. 605, Misc. GREAR *v.* MAXWELL, WARDEN; and

No. 644, Misc. WAITE *v.* BURKE, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.